THE CORPORATION OF THE CHAMBER OF COMMERCE OF THE STATE OF NEW YORK, Respondent, v. NEW YORK CITY CHAMBER OF COMMERCE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present

— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., dissents.